In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of DAVID B. POLLOCK, Doing Business under the Firm Name of SIGNAL EMPLOYMENT AGENCY, Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Appeal from decision of the Unemployment Insurance Appeal Board dismissing the assessment made and finding that the employer was not subject to the Unemployment Insurance Law during the period for which the assessment is made. There is sufficient evidence in the record to support the decision. Decision unanimously affirmed, with costs against the Industrial Commissioner. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Refund of Contributions under Article 18 of the Labor Law Made by WARREN MOSHER CO., INC., Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board, dated November 6, 1941, determining that the appellant is not entitled to a refund of unemployment insurance taxes paid during the year 1936 to and including the month of September, 1940, in the amount of $614.22. The decision hinges upon the determination as to whether or not certain persons who solicited advertising for the appellant were employees. Appellant is engaged in the business of publishing church bulletins. It has twelve solicitors who are recommended by the pastors of the churches. These solicitors work in their own manner, on their own time, and are not subject to any control or direction whatsoever by the alleged employer. They receive only a commission for advertising contracts negotiated. They have no drawing accounts and can and do solicit for other publications. There is no contract of employment. The referee found that the alleged employer maintained no direction or control over the solicitors' time and method of work. Decision and determination of the Division of Placement and Unemployment Insurance, the referee, and the Unemployment Insurance Appeal Board reversed, and claim for refund granted. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by EVELYN DAVIDOWITZ, Claimant. G. SCHWARTZ and F. SCHWARTZ, Doing Business as F. SCHWARTZ, Appellants; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board, which affirmed a referee's decision that the claimant worked in covered employment. The sole issue presented is whether Fanny Schwartz was the employer of claimant or whether claimant was employed by Fanny Schwartz and George Schwartz, copartners. If George Schwartz was a partner of Fanny Schwartz, the copartnership did not have four employees. If, however, Fanny Schwartz was an individual employer, she did have four employees, including George Schwartz, it being conceded that three persons were employed in the store. The Board's decision that George Schwartz was an employee and not a partner of Fanny Schwartz is substantiated by ample legal evidence. The decision of the Board should be affirmed. Decision of the Unemployment Insurance Appeal Board unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.